ACCEPTED
04-13-00338-CR & 04-13-00339-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/30/2014 6:22:25 PM
KEITH HOTTLE
CLERK

## CAUSE NOS. 04-13-00339-CR

## IN THE FOURTH COURT OF APPEALS OF TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/30/2014 6:22:25 PM
KEITH E. HOTTLE
Clerk

## APPEAL OF A JUDGMENT IN TRIAL CAUSE NOS. 11-CRS-272

## FROM THE 229TH DISTRICT COURT OF STARR COUNTY, TEXAS PRESIDING JUDGE HON. ANA LISA GARZA

---

## ELIAS ESEQUIEL VASQUEZ, Appellant

## VS.

## THE STATE OF TEXAS, Appellee

---

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING

---

**Respectfully submitted,**

**Victoria Guerra**
**320 w. Pecan Blvd.**
**McAllen, Texas 78501**
**(956) 618-2609**
**(956) 618-2553 (fax)**
**State Bar Number:  08578900**
**Appellant's Attorney**

## ORAL ARGUMENT REQUESTED

MAY IT PLEASE THE COURT:

COMES NOW Elias Esequiel Vasquez, appellant in the above cause, by and through his court appointed appellate attorney of record Victoria Guerra, and files this motion for extension of time to file motion for rehearing and would show this Court the following:

The Undersigned is accustomed to receiving notices through the electronic filing system in this case. Through the pendency of this case, the Undersigned would receive this Court's notices through the electronic filing system and through U.S. Mail. However, when this Court issued its judgment on December 10, 2014, the Undersigned never received it via the electronic filing system. Rather, this Court's orders were sent via U.S. Mail to the Undersigned at her office address: 320 W. Pecan Blvd., McAllen, TX 78501.

The Undersigned relocated to 3219 N. McColl Rd., McAllen, Texas 78501 in mid-November. The Undersigned is slowly informing all contacts of her change of address and probably did not inform this Court because the main source of communication that the Undersigned relies on from this Court is through the electronic filing system. However, the Undersigned never received this Court's order and judgments through the electronic filing system. Rather, it was not until this day, December 30, 2014 that the Undersigned received the judgments and orders of this court as they pertain to this case.

In addition to the foregoing, almost all of the Undersigned's work time has been tied up with the appeal of *Chakravarthy v. State*, appellate cause number 13-14-00086-CR which was due on December 22, 2014. However, an incomplete clerk's record was discovered by the Undersigned and additional time was sought to file a complete and compliant brief.

In addition to the foregoing, the Undersigned was sick with an upper respiratory infection during the week of December 18-22, 2014 which prevented her from accomplishing much work during those days.

Further, the Undersigned has today mailed to appellant a copy of this Court's orders and judgments and is awaiting a response from him as to whether he wishes to further appeal.

Appellant seeks 30-days to file his motion for rehearing. If granted, the motion for rehearing would be due on January 9, 2015. Appellant seeks this motion for extension of time to file his motion for rehearing for good cause, and not to unnecessarily delay this case. This is the first extension that the appellant has sought to file his motion for rehearing. It was originally due on December 24, 2015.

WHEREFORE, appellant seeks until January 9, 2015 to file his motion for rehearing.

Respectfully submitted,

Law Office of Victoria Guerra
320 W. Pecan Blvd.
McAllen, Texas 78501
(956) 618-2609
(956) 618-2553 (facsimile)

By:  */s/ Victoria Guerra*
Victoria Guerra
State Bar Number:  0857900
Appellate Attorney for Appellant

## CERTIFICATE OF SERVICE

On this 30th day December, 2014, the undersigned delivered a copy of the foregoing Appellant's brief to Appellee's Counsel John Olson via email: jaolson_ccda@yahoo.com

*/s/ Victoria Guerra*
Victoria Guerra

## **CERTIFICATION OF COMPLIANCE**

In compliance with TRAP 9.4(i)(3), the undersigned certifies that the number of words in this brief, excluding those motion listed in Rule 9.4(i)(l), is 608.

30th day of December, 2014.

/s/ Victoria Guerra
Victoria Guerra